WILBER NAT. BANK OF ONEONTA, Respondent, *v.* WESTCOTT, Appellant.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Judgment affirmed, with costs.

———

SHERMAN, Respondent, *v.* SHERMAN, Appellant.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Motion denied, with costs.

———

FUGIT, Respondent, *v.* BECKER, Appellant.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Judgment of the county court of Oswego county affirmed, with costs.

———

REALS *v.* FIRST PRESBYTERIAN SOCIETY.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Motion granted.

———

SMITH *v.* WOOD.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Motion granted.

———

*In re* YOUMANS.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Reference ordered.

———

KEYES, Appellant, *v.* WRIGHT, Respondent.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Appeal dismissed, with $10 costs and disbursements.

———

GARLAND, Respondent, *v.* ROME, W. & O. R. Co., Appellant. GARRISON *v.* SAME. DAVIS *v.* SAME.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Orders affirmed, with $10 costs in one case and disbursements.

———

DEACH, Respondent, *v.* PERRY, Appellant.

*(Supreme Court, General Term, Fourth Department. May, 1889.)*

No opinion. Order reversed, with $10 costs and disbursements.